# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. MITCHELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | 1:12cv00469 DLB PC<br><br>ORDER REGARDING DEFENDANTS'<br>REQUEST FOR BRIEFING SCHEDULE<br><br>(Document 37) |

      Plaintiff Henry M. Mitchell ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 28 U.S.C. § 1983.

      On February 27, 2015, the Ninth Circuit reversed in part this Court's dismissal to the extent that Plaintiff seeks injunctive and declaratory relief.

      On March 17, 2015, Defendants requested that the Court set a briefing schedule for the responsive pleading.  It is this Court's practice, however, not to act upon a reversal or remand until the mandate issues.[1]  F.R.App.Proc. 41.  At that time, the Court will order a response.

IT IS SO ORDERED.

    Dated:  **March 20, 2015**             /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed a Petition for Rehearing on March 18, 2015, which is the exact reason this Court does not act until the mandate issues.