# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. MITCHELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | 1:12cv00469 LJO DLB PC<br><br>ORDER RREQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING WITHIN THIRTY DAYS |

　　　　Plaintiff Henry M. Mitchell ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 28 U.S.C. § 1983.

　　　　On February 27, 2015, the Ninth Circuit reversed in part this Court's dismissal to the extent that Plaintiff seeks injunctive and declaratory relief. On June 25, 2015, the Ninth Circuit denied Plaintiff's petition for rehearing and closed the action. The Court also noted that no further filings would be entertained.

　　　　Accordingly, Defendants are ORDERED to file a responsive pleading within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

　　Dated:　**June 30, 2015**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1