# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY M. MITCHELL,<br><br>           Plaintiff,<br><br>     vs.<br><br>CONNIE GIPSON, et al.,<br><br>           Defendants. | 1:12cv00469 LJO DLB PC<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR DISCOVERY AND BRIEFING SCHEDULE<br><br>(Document 42) |

Plaintiff Henry M. Mitchell ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 28 U.S.C. § 1983. On February 27, 2015, the Ninth Circuit reversed in part this Court's dismissal to the extent that Plaintiff seeks injunctive and declaratory relief.

On June 30, 2015, the Court ordered Defendants to file a response.

On July 13, 2015, Plaintiff filed a document entitled, "Request for Full Briefing and Discovery Schedule." ECF No. 42. However, as the Court explained in the First Informational Order, ECF No. 4, the Court will not open discovery until Defendants have filed an answer.

Defendants have not yet filed an answer and Plaintiff's request is therefore DENIED.

IT IS SO ORDERED.

   Dated:   **July 15, 2015**                             /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE

1